UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CR118-017 |
| | ) | |
| TIARA F. SCURRY | ) | |

## ORDER ON MOTION FOR LEAVE OF ABSENCE

**DANNY L. DURHAM** having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT DANNY L. DURHAM** be granted leave of absence for the following periods: **November 19, 2018 through November 26, 2018; December 3, 2018 through December 7, 2018.**

This ___ day of November, 2018.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA